UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 Case |
| ) | |
| Florann Boyum, ) | Case No. 05-29217 |
| ) | |
| ) | |
| Debtors. ) | Judge John H. Squires |

**NOTICE OF FILING OF U.S. TRUSTEE'S CERTIFICATE
OF REVIEW OF TRUSTEE'S FINAL REPORT**

To:   Gina B. Krol, Esq.
      105 W. Madison St.  Suite #1100
      Chicago, IL 60602

**Please Take Notice** that on March 6, 2009, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

**REQUEST FOR NOTICE**

Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's final report.

                                          WILLIAM T. NEARY
                                          UNITED STATES TRUSTEE

DATED:   March 6, 2009            BY:   /s/  Dean C. Harvalis_____
                                          Dean C. Harvalis, Assistant U.S. Trustee
                                          OFFICE OF THE U.S. TRUSTEE
                                          219 S. Dearborn St.  Room 873
                                          Chicago, IL 60604
                                          (312) 886-5785

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, Assistant United States Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on March 6, 2009.

                                          /s/  Dean Harvalis_____