UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| BOYUM, FLORANN ) | | Case No. 05-29217-SQU |
| ) | | |
| Debtor(s). ) | | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 4016, Wheaton, IL  60187

    On: **April 17, 2009**                Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                         $17,738.73

    Disbursements                                                                                        $49.93

    Net Cash Available for Distribution                                                          $17,688.80

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GINA B. KROL<br>*Trustee Compensation* | $0.00 | $2,523.87 | $0.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $1,050.00 | $21.76 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7. Claims of general unsecured creditors totaling $84,522.70 have been allowed and will be paid *pro rata*  only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 16.6700% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chase Bank Usa, N.A. | $47,047.71 | $7,844.65 |
| 000002 | Chase Bank Usa, N.A. | $37,474.99 | $6,248.52 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $20.00 |
| Bank Accounts | 650.00 |
| Household Goods | 700.00 |
| Wearing Apparel | 300.00 |
| Jewelry | 25.00 |
| 401(k) | 37,541.00 |
| Automobile | 575.00 |
| Automobile | 400.00 |
| Motorcycle | 400.00 |
| Books and Pictures | 15.00 |

Dated: **March 13, 2009**                                                    For the Court,

                                                                    By:   **KENNETH S. GARNDER**
                                                                          CLERK OF BANKRUPTCY COURT
                                                                          KENNETH S. GARDNER

| | |
|---|---|
| Trustee: | Gina B. Krol |
| Address: | 105 West Madison Street |
| | Suite 1100 |
| | Chicago, IL  60602-0000 |
| Phone No.: | (312) 368-0300 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Mar 13, 2009
Case: 05-29217                Form ID: pdf002             Total Served: 11

The following entities were served by first class mail on Mar 15, 2009.
db            +Florann Boyum,    2650 Mitchell Dr , Apt  3,    Woodridge, IL 60517-1640
9616107       +Bank One,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
9616108       +Capital Recovery Service,    PO Box 8700,    Jacksonville, FL 32239-8700
10429490      +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
9616109        Chicago Tribune,    P. O. Box 6490,    Chicago, IL 60680-6490
9616110        Countrywide Home Loans,    P. O. Box 660694,    Dallas, TX 75266-0694
9616111       +Eyecare Center of DuPage, Ltd.,    6321 Fairview Ave., Ste. A,    Westmont, IL 60559-2886
9616112       +GE Select (MasterCard),    P.O. Box 15153,    Wilmington, DE 19886-5153
9616113       +NAFS,    PO Box 9027,    Williamsville, NY 14231-9027
9616114       +Stanley Weinberg & Associates,    1200 Roosevelt Rd., Ste. 201,    Glen Ellyn, IL 60137-7808
9616115       +TCF Bank,    101 E. 5th St., Ste. 101,    Saint Paul, MN 55101-1898
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2009**                        **Signature:** _Joseph Speetjens_