UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:   §   Case No. 05-29217 SQU
BOYUM, FLORANN   §
   §
Debtor(s)   §
   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

   GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GINA B. KROL_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Countrywide Home Loans |  |  |  |  |  |
| TCF Bank |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank One | | | | | |
| Chicago Tribune | | | | | |
| Eyecare Center of DuPage | | | | | |
| NAFS | | | | | |
| Stanely Weinberg & Assoc. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

| Case No: | 05-29217 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL | Exhibit 8 |
|---|---|---|---|---|---|---|---|
| Case Name: | BOYUM, FLORANN | | | | Date Filed (f) or Converted (c): | 07/25/05 (f) | |
| | | | | | 341(a) Meeting Date: | 08/23/05 | |
| For Period Ending: 09/15/09 | | | | | Claims Bar Date: | 12/22/05 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate | 90,000.00 | 28,295.00 | | 5,947.50 | FA |
| 2. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 650.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 700.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 6. COSTUME JEWELRY | 25.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance | 11,000.00 | 11,401.19 | | 11,401.19 | FA |
| 8. 401(K) | 37,541.00 | 0.00 | | 0.00 | FA |
| 9. Automobile '92 Lincoln Towncar | 575.00 | 0.00 | | 0.00 | FA |
| 10. Books and Pictures | 15.00 | 0.00 | | 0.00 | FA |
| 11. Automoblie '87 El Camino | 400.00 | 0.00 | | 0.00 | FA |
| 12. Motorcycle '87 Suziki | 400.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 364.51 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $141,626.00 | $39,696.19 | | $17,713.20 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

**FORM 1**

Case 05-29217  Doc 36  Filed 10/20/09  Entered 10/20/09 13:46:54  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND
Document  Page 7 of 13
REPORT ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 05-29217  SQU  Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| Case Name: | BOYUM, FLORANN | Date Filed (f) or Converted (c): | 07/25/05 (f) |
| | | 341(a) Meeting Date: | 08/23/05 |
| | | Claims Bar Date: | 12/22/05 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will review claims and file final report

Initial Projected Date of Final Report (TFR): 12/31/06      Current Projected Date of Final Report (TFR): 05/31/09

_____  Date: _____
GINA B. KROL

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-29217 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BOYUM, FLORANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2900 Interest earning MMA Account |
| Taxpayer ID No: | *******3096 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C 09/26/05 | 7 | Woodmen of the World/Omaha Woodmen<br>1700 Farnam Street<br>Omaha, NE 68102 | Cash Value of Life Insurance | 1129-000 | 11,401.19 | | 11,401.19 |
| C 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.55 | | 11,401.74 |
| C 10/26/05 | 7 | Woodmen of the World<br>1700 Farnam St.<br>Omaha, NE 68102 | Balance of Cash Value in LIfe Ins. | 1129-000 | 26.00 | | 11,427.74 |
| C 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 5.81 | | 11,433.55 |
| C 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 5.64 | | 11,439.19 |
| C 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 5.82 | | 11,445.01 |
| C 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 5.84 | | 11,450.85 |
| C 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.16 | | 11,459.01 |
| C 03/01/06 | 000301 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 5.97 | 11,453.04 |
| C 03/29/06 | 1 | Florann Boyum | | 1110-000 | 5,947.50 | | 17,400.54 |
| C 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.73 | | 17,410.27 |
| C 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.48 | | 17,423.75 |
| C 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.80 | | 17,438.55 |
| C 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.33 | | 17,452.88 |

UST Form 101-7-TDR (4/1/2009) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-29217 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | BOYUM, FLORANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2900 Interest earning MMA Account |
| Taxpayer ID No: | *******3096 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| C  07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.82 | | 17,467.70 |
| C  08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.84 | | 17,482.54 |
| C  09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.36 | | 17,496.90 |
| C  10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.87 | | 17,511.77 |
| C  11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.39 | | 17,526.16 |
| C  12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.88 | | 17,541.04 |
| C  01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.90 | | 17,555.94 |
| C  02/15/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 13.54 | 17,542.40 |
| C  02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.46 | | 17,555.86 |
| C  03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.91 | | 17,570.77 |
| C  04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.44 | | 17,585.21 |
| C  05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.94 | | 17,600.15 |
| C  06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.46 | | 17,614.61 |
| C  07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.96 | | 17,629.57 |
| C  08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.97 | | 17,644.54 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-29217 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BOYUM, FLORANN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2900 Interest earning MMA Account |
| Taxpayer ID No: | *******3096 | | |
| For Period Ending: | 09/15/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| C  09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 11.23 | | 17,655.77 |
| C  10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 11.25 | | 17,667.02 |
| C  11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 9.44 | | 17,676.46 |
| C  12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 8.45 | | 17,684.91 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 7.01 | | 17,691.92 |
| C  02/11/08 | 000303 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 16.64 | 17,675.28 |
| C  02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 4.20 | | 17,679.48 |
| C  03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.18 | | 17,683.66 |
| C  04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.62 | | 17,687.28 |
| C  05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.24 | | 17,689.52 |
| C  06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.18 | | 17,691.70 |
| C  07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.25 | | 17,693.95 |
| C  08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.24 | | 17,696.19 |
| C  09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.18 | | 17,698.37 |
| C  10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.72 | | 17,700.09 |
| C  11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.44 | | 17,701.53 |

UST Form 101-7-TDR (4/1/2009) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-29217 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | BOYUM, FLORANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2900 Interest earning MMA Account |
| Taxpayer ID No: | *******3096 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| C  12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.90 | | 17,702.43 |
| C  01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,702.58 |
| C  02/17/09 | 000304 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 13.78 | 17,688.80 |
| C  02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,688.94 |
| C  03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 17,689.10 |
| C  04/16/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 17,689.27 |
| C t  04/16/09 | | Transfer to Acct #*******9776 | Final Posting Transfer | 9999-000 | | 17,689.27 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******2900 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 3 | Deposits | 17,374.69 | 4 | Checks | 49.93 |
| | 44 | Interest Postings | 364.51 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 17,689.27 |
| | | Subtotal | $ 17,739.20 | | | |
| | | | | | Total | $ 17,739.20 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 17,739.20 | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-29217 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | BOYUM, FLORANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9776 BofA - Checking Account |
| Taxpayer ID No: | *******3096 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t 04/16/09 | | Transfer from Acct #*******2900 | Transfer In From MMA Account | 9999-000 | 17,689.27 | | 17,689.27 |
| C 04/21/09 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,523.87 | 15,165.40 |
| C 04/21/09 | 003002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's Fees per Court Order | 3110-000 | | 703.50 | 14,461.90 |
| C 04/21/09 | 003003 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's Fees per Court Order | 3110-000 | | 346.50 | 14,115.40 |
| C 04/21/09 | 003004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's Expenses per Court Order | 3120-000 | | 21.76 | 14,093.64 |
| C 04/21/09 | 003005 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000001, Payment 16.67439% | 7100-900 | | 7,844.92 | 6,248.72 |
| C 04/21/09 | 003006 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000002, Payment 16.67437% | 7100-900 | | 6,248.72 | 0.00 |

UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

LFORM2T4

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 05-29217 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BOYUM, FLORANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9776 BofA - Checking Account |
| Taxpayer ID No: | *******3096 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******9776 | | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 0 | Deposits | | 0.00 | 6 | Checks | 17,689.27 |
| | 0 | Interest Postings | | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ | 0.00 | | | |
| | | | | | | Total | $ 17,689.27 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 1 | Transfers In | | 17,689.27 | | | |
| | | Total | $ | 17,689.27 | | | |

| Report Totals | | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 3 | Deposits | | 17,374.69 | 10 | Checks | 17,739.20 |
| | 44 | Interest Postings | | 364.51 | 0 | Adjustments Out | 0.00 |
| | | | | | 1 | Transfers Out | 17,689.27 |
| | | Subtotal | $ | 17,739.20 | | | |
| | | | | | | Total | $ 35,428.47 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 1 | Transfers In | | 17,689.27 | | | |
| | | Total | $ | 35,428.47 | | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL
Trustee's Signature: _____ Date: 09/15/09
GINA B. KROL

UST Form 101-7-TDR (4/1/2009) *(Page: 13)*

LFORM2T4

Ver: 14.31c